UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| JACK M. EGGE AND KATHERINE A. HABERLING,<br>      Plaintiffs,<br><br>vs.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY,<br>      Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil No. 12-4144<br><br><br><br>**JOINT MOTION FOR DISMISSAL** |

COMES NOW the parties in this matter and jointly move to dismiss this action on its merits, with prejudice and without costs to either party.

Dated this 18th day of October, 2013.

                              LYNN, JACKSON, SHULTZ & LEBRUN, P.C.

                      By: _/s/ Steven J. Morgans_
                          Steven J. Morgans
                          Michelle Himes Randall
                          Attorneys for Defendant
                          PO Box 2700
                          Sioux Falls, SD  57101-2700
                          605-332-5999
                          Fax:  605-332-4249
                          smorgans@lynnjackson.com
                          mrandall@lynnjackson.com

Dated this 18th day of October, 2013.

                              JANKLOW LAW FIRM, PROF. LLC

*Pursuant to Local Rule 5.1B 5 Attorney Kimberly J. Lanham has reviewed and approved this Joint Motion for Dismissal and authorized counsel for Defendant Steven J. Morgans to file the same.*

By: _____
    A. Russell Janklow
    Kimberly J. Lanham
    Attorneys for Plaintiff
    1700 W. Russell Street
    Sioux Falls, SD  57104
    605-332-0101
    Fax:  605-332-2178
    russ@janklowlaw.com
    kim@janklowlaw.com