UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| JACK M. EGGE and<br>KATHERINE A. HABERLING, | )<br>)<br>) | CIV. 12-4144-KES |
| Plaintiffs, | )<br>) | |
| vs. | ) | JUDGMENT |
| GOVERNMENT EMPLOYEES<br>INSURANCE COMPANY, | )<br>)<br>)<br>) | |
| Defendant. | ) | |

Pursuant to the Joint Motion for Dismissal, it is

ORDERED, ADJUDGED, AND DECREED that this action is dismissed on its merits, with prejudice, and without costs to either party.

Dated October 22, 2013.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE